O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELODY JOY BAKER, | ) | Case No. CV 14-00860 DDP (SHx) |
| Plaintiff, | ) ) | **Order Denying Plaintiff's Motion to Submit Evidence Pertaining to Various Social Service Agencies and New Evidence for Armory** |
| v. | ) ) | |
| VENTURA COUNTY HUMAN SERVICES AGENCY, | ) ) | [Dkt. No. 8] |
| Defendant. | ) ) ) | |

    Presently before the court is Plaintiff in Pro Per Melody Joy Baker's Motion to Submit Evidence Pertaining to Various Social Service Agencies and New Evidence for Armory. (DKT No. 8.) The matter is suitable for decision without oral argument. Having considered the parties' submissions, the court denies the Motion for the following reasons:

    In the present Motion, Plaintiff seeks the court's permission to submit evidence that the Ventura Armory is not compliant with the Americans with Disabilities Act (ADA). However, there is no pending controversy for which the submission of such evidence would be necessary or helpful to resolve. The underlying Complaint

alleges that the Oxnard Armory warming shelter facility is not compliant with the ADA, but the Complaint does not allege that the Ventura Armory is non-compliant. (Complaint at 3.) As there is no cause in light of the Complaint for the court to consider evidence related to the Ventura Armory's compliance with the ADA, the Motion is DENIED.

IT IS SO ORDERED.

Dated: April 28, 2014

DEAN D. PREGERSON
United States District Judge